JOHN M. WELLS v. LIQUOR CONTROL COMMISSION

The motion by the law firm of Slavitt and Connery to withdraw its appearance for the plaintiff in the appeal from the Court of Common Pleas in Hartford County is granted.

*Robert A. Slavitt,* for the law firm of Slavitt and Connery.

*Stephen J. O'Neill,* assistant attorney general, for the appellee (defendant).

Argued January 7—decided January 7, 1969

STATE OF CONNECTICUT v. ONE 1966 BLACK CADILLAC

The motion by the defendant to dismiss the appeal from the Appellate Division of the Circuit Court is denied.

*Charles Hanken,* for the appellee (defendant).

*Dennis F. Gaffney,* assistant chief prosecuting attorney, for the appellant (state).

Argued January 7—decided January 7, 1969

SUBURBAN DEVELOPMENT CORPORATION v. TOWN COUNCIL OF THE TOWN OF WEST HARTFORD

The motion by the defendant for review of the refusal of the trial court to permit the record to be supplemented in the appeal from the Court of Common Pleas in Hartford County is denied.

*Samuel S. Goldstein,* corporation counsel, in support of the motion.

*Michael E. Grossmann,* in opposition.

Submitted December 24, 1968—decided January 8, 1969